**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00804-CV

---

## EX PARTE W.K.B.

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2022-45089**

---

### MEMORANDUM OPINION

This is an appeal from a final order signed September 30, 2022. On December 30, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.